# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.

BRYAN R. TRUMBULL

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:14-mj-0029 CMK**

**THE DEFENDANT:**

[X]  pleaded guilty to count(s):  1  .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.6(a) | Cut/Damage Timber, Tree or Other Forest Product | 05/'27/2014 | 1 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

10/27/2014
Date of Imposition of Judgment

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

11/03/2014
Date

DEFENDANT:   Brian Trumbull, 3:14-mj-0029 CMK

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>three (3) years</u> .   The defendant shall comply with the following terms and conditions of probation.

    1. The defendant shall not commit another federal, state, or local crime.

    2.  The defendant shall pay restitution to the United States Forest Service, Lassen National Forest, 2550 Riverside Drive, Susanville, California 96130, in the sum of $18,809.82, jointly and severally with co-defendant, Michael J. Trumbull.

    3.  The defendant shall not enter the Lassen National Forest for three (3) years unless the defendant is entering for employment purposes.  Should defendant enter the Lassen National Forest for employment purposes, he shall check in at every job contracted with the U.S. government, and must report to the on-site government representative that his point-of-contact is Lassen National Forest Small Timber Sales Officer Rickie Crowther at (530)252-5884.

    4.  The defendant is not permitted to obtain any fuel wood from any United States National Forest for three (3) years or until restitution is paid in full.

    5.  The defendant shall pay a special assessment of $10.00 to the U.S. District Court, 501 I Street, Sacramento, California 95814, forthwith.